No. 72–5460. Pilacios *v.* Britton, Warden; and

No. 72–5629. Sprouse *v.* United States. Motions for leave to file petitions for writs of habeas corpus denied.

No. 72–5705. McDonald *v.* Mott et al.; and

No. 72–5768. Penna *v.* Nixon, President of the United States, et al. Motions for leave to file petitions for writs of mandamus and other relief denied.

No. 72–459. Sloan, Treasurer of Pennsylvania, et al. *v.* Lemon et al.; and

No. 72–620. Crouter *v.* Lemon et al. Appeals from D. C, E. D. Pa. Probable jurisdiction noted. Cases consolidated and a total of one hour allotted for oral argument. These cases to be argued immediately following consolidated cases Nos. 72–694, 72–753, 72–791, and 72–929 [immediately *infra*]. Reported below: 340 F. Supp. 1356.

No. 72–694. Committee for Public Education & Religious Liberty et al. *v.* Nyquist, Commissioner of Education of New York, et al.;

No. 72–753. Anderson *v.* Committee for Public Education & Religious Liberty et al.;

No. 72–791. Nyquist, Commissioner of Education of New York, et al. *v.* Committee for Public Education & Religious Liberty et al.; and

No. 72–929. Cherry et al. *v.* Committee for Public Education & Religious Liberty et al. Appeals from D. C. S. D. N. Y. Probable jurisdiction noted. Cases consolidated and a total of two hours allotted for oral argument. Reported below: 350 F. Supp. 655.

No. 72–822. Renegotiation Board *v.* Bannercraft Clothing Co., Inc., et al. C. A. D. C. Cir. Certiorari granted.